# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-11-00592-CR
_____

### JIMMY DON PRICE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 21122**

### ORDER

Jimmy Don Price filed an unopposed motion to abate his appeal.  Appellant informs the Court that matters not reflected in the appellate record may affect his appeal, and he requests additional time to investigate the matter.

It is, therefore, ORDERED that the appeal is abated for sixty days in the interest of justice.  The appeal will be reinstated without further order of this Court on April 22, 2013, unless before that date a motion is filed that establishes either

1

grounds for remanding the case to the trial court or good cause for immediate reinstatement of the appeal.

ORDER ENTERED February 21, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.